## No. 8075.

### JOSEPH RAYMOND VS. THOMAS FROEBA ET AL.

Where a person sells certain property to another, but retains a counter letter, showing that he sold only an undivided half of the property, and subsequently the entire property is mortgaged and notes executed by the ostensible purchaser, for the benefit of the vendor, under one of which notes the property has been sold under executory process, held: that the original vendor, who alleged the simulation of the sale and that the note for which the property was sold under executory process was void, and that the revenues of the property had more than reimbursed the parties in possession for all advances or payments on his account, had a right of action in asking for a recognition of his title to the property, the cancelling of the pretended sales, and an account from the parties in possession.

Judgment reversed, exception of no cause of action overruled and case remanded.

APPEAL from the Fifth District Court for the Parish of Orleans. *Rogers,* J.

*Breaux & Hall* and *Albert Voorhies* for Plaintiff and Appellant.

*Braughn, Buck & Dinkelspiel* and *E. J. Wenck* for Defendants and Appellees.

---

The opinion of the Court was delivered by TODD, J.